THE STATE *v.* RUST.—In error.

WHERE the time for the prosecution of an offence is limited by statute, the time, as averred in the indictment, should appear to be within the limit. 1 Chitt. C. L. 223.— *The State* v. *G. S.*, 1 Tyler's R. 295.